UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | INDICTMENT NO. |
| ) | |
| v. ) | 18 U.S.C. § 1623 |
| ) | Perjury |
| CRAIG GERMAN ) | |
| ) | 18 U.S.C. § 1001(a)(2) |
| ) | False Statements to a |
| ) | Government Agency |
| ) | |

**THE GRAND JURY CHARGES THAT:**

CR420-042

At all times relevant to this Indictment:

1. Company A, whose identity is known to the grand jury, was a subsidiary of a publicly traded corporation whose business included the design, development, manufacturing, marketing and services of jet aircraft. Company A sold and delivered jet aircraft, and intended to sell and deliver jet aircraft, in the United States and internationally.

2. Beginning on or about July 28, 2014, Defendant **CRAIG GERMAN** was employed by Company A and assigned to work as a cost analyst at one of its facilities outside the Southern District of Georgia. In connection with his employment with Company A, Defendant **GERMAN** received training and signed agreements regarding the protection of proprietary information.

3. On or about October 19, 2017, Defendant **GERMAN** submitted his two week notice to Company A, announcing his intent to terminate his employment effective November 2, 2017.

4. On or about October 18, 2017, Defendant **GERMAN** copied more than 15,000 of Company A's proprietary electronic files to a removable media storage device without authorization. **GERMAN** did so first by checking into work at Company A using his employee badge. Then **GERMAN** logged into Company A's computer network using his assigned Company A account before transferring into his internal Company A workspace more than 15,000 of Company A's proprietary electronic files from Company A's protected computer repository of trade secret information known as Team Center, for which **GERMAN** had special computer access as Company A's cost analyst. Afterwards, **GERMAN** copied the more than 15,000 proprietary electronic files from his internal workspace onto a removable storage device without authorization.

5. On or about May 8, 2019, Defendant **GERMAN** was charged with one count of Conspiracy to Steal Trade Secrets, in violation of 18 U.S.C. § 1832(a)(5), in the U.S. District Court for the Southern District of Georgia, Case No. 4:19-CR-69-3.

6. On or about September 12, 2019, Defendant **GERMAN** pled guilty to Conspiracy to Steal Trade Secrets, in violation of 18 U.S.C. § 1832(a)(5). In his plea colloquy, the defendant admitting conspiring with others to steal trade secrets from Company A and a second aircraft manufacturing company.

7. On or about October 15, 2019, Defendant **GERMAN** met with FBI Special Agent B.G. to provide information relevant to the offense to which he had pled guilty. During that meeting, Defendant **GERMAN** emphatically denied copying, taking or otherwise transferring 15,000 or more of Company A's proprietary

documents in or around October 2017. With regard to the allegation, Defendant **GERMAN** insisted Company A "made it up."

8. Based upon his plea of guilty, Defendant **GERMAN** was sentenced on or about February 13, 2020 for Conspiracy to Steal Trade Secrets. In dispute during the sentencing hearing was whether Defendant **GERMAN** did, in fact, copy more than 15,000 of Company A's proprietary electronic files to a removable media storage device without authorization. Defendant **GERMAN** elected to testify under oath.

# COUNT ONE
*Perjury*
18 U.S.C. § 1623

9. The allegations set forth in paragraphs 1-8 of this Indictment are realleged and incorporated herein.

10. On or about February 13, 2020, in Chatham County, within the Southern District of Georgia, the defendant,

**CRAIG GERMAN,**

while under oath as a witness in a case then being tried before the United States District Court for the Southern District of Georgia entitled, *United States v. Craig German*, Case No. 4:19-CR-69-3, did knowingly make a false material declaration, that is to say:

11. At the time and place aforesaid, the Court was engaged in the sentencing of the aforementioned case wherein **CRAIG GERMAN**, the defendant therein, was alleged to have copied 15,000 or more of Company A's proprietary electronic files to a removable media storage device without authorization. It was a matter material to said sentencing to determine whether **CRAIG GERMAN** had done so.

12. At the time and place alleged, **CRAIG GERMAN**, while under oath, did knowingly declare before said Court with respect to the aforesaid material matter, as follows:

> "Q. With regard to October 18th, 2017, there was testimony regarding more than 15,000 files being copied and moved in, approximately, a 5-hour time span.

4

A. Uh-huh.

Q. Did you do that?

A. I did. I had just given my two-week notice and <u>was asked by my boss, vice president of supply chain, [M.R.][1], to save all the files for my predecessor</u>. In other words, I -- before you get ready to leave the company -- I had so much access and had so many tasks, and I was the only one that did these tasks on a daily basis.

<u>So the president -- vice president, [M.R.],</u> asked me to start mentoring my follow-on colleague, and he <u>asked me to make sure that all these files were put into specific folders</u>."

The aforesaid underscored testimony of **CRAIG GERMAN**, as he then and there well knew and believed, was false, in that neither M.R. nor any other authorized representative of Company A asked **GERMAN** to move, save or otherwise organize 15,000 or more Company A proprietary files into specific folders on or about October 18, 2017.

All in violation of Title 18, United States Code, Section 1623.

---

[1] M.R.'s identity is known to the Grand Jury.

5

# COUNT TWO
*False Statements to a Government Agency*
18 U.S.C. § 1001(a)(2)

13. The allegations set forth in paragraphs 1-8 of this Indictment are realleged and incorporated herein.

14. On or about October 15, 2019, in Chatham County, within the Southern District of Georgia, the defendant,

**CRAIG GERMAN,**

knowingly and willfully made materially false, fictitious and fraudulent statements and representations in a matter within the jurisdiction of the Federal Bureau of Investigation (FBI), an agency within the executive branch of the United States, in that the Defendant **GERMAN**, in response to questions posted to him by FBI Special Agent B.G. during an interview at 22 Barnard St., Savannah, Georgia, denied copying onto a removable storage device over 15,000 of Company A's proprietary electronic files without Company A's authorization. The statement was false because, as Defendant **GERMAN** then and there knew, he did knowingly copy onto a removable storage device over 15,000 of Company A's proprietary electronic files without Company A's authorization.

All in violation of Title 18, United States Code, Section 1001(a)(2).

A True Bill.

_____ ~~~~~~~~ (foreperson signature)

_____          _____
Bobby L. Christine                   Karl I. Knoche
United States Attorney               Assistant United States Attorney
                                     Chief, Criminal Division

                                     _Steven H. Lee_ /s/ (w/ permission)
_____          _____
Jennifer G. Solari                   Steven H. Lee
Assistant United States Attorney     Assistant United States Attorney
Senior Litigation Counsel            * Lead Counsel
* Lead Counsel