UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA, | Case No. 4:20-cr-42 |
|---|---|
| v. | |
| CRAIG GERMAN | |

### ORDER

Upon consideration of the Government's motion for an order requiring the Defendant to provide reciprocal discovery pursuant to Federal Rule of Criminal Procedure 16(b)(1), and the entire record herein, it is hereby **ORDERED** that the Government's motion is **GRANTED.**

The Defendants is **ORDERED** to provide reciprocal discovery to the Government no later than February 19, 2021.

This the 27th day of January, 2021.

Christopher L. Ray
United States Magistrate Judge