IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,

v.

CRAIG GERMAN,

Defendant.

CASE NO.: 4:20-cr-42

### O R D E R

Based on the Court's review of the parties' stipulation and joint motion for a protective order (doc. 76), the Court hereby finds that the stipulation and recommendation of the parties are appropriate in this case for the handling of trade secret information at trial.  Therefore, the Court adopts the recommendation of the parties as the ORDER of the Court, and the stipulation and recommendation of the parties shall be followed during the trial of the case.

Based on the Court's review of the Trial Protected Materials, the Court hereby finds that the following exhibits fall within the scope of this Order:

1. Government's Exhibits 3 and 4

    a. Exhibit 3:  Digital Guardian Excel Spreadsheet of User ra031878's Activity from July 14, 2017 through July 17, 2017

    b. Exhibit 4:  Digital Guardian Excel Spreadsheet of User ra031878's Activity on October 18, 2017

During the course of trial, additional evidence may be identified, as appropriate, and governed by the terms of this Order.

The Court further finds that the limited viewing of trade secret information is necessary to preserve the confidentiality of the trade secrets in this case. Congress has identified this compelling interest and specifically directed that in trade secret cases necessary steps should be taken to "preserve the confidentiality of trade secrets." 18 U.S.C. § 1835; see also H. Rep. No. 104-788, 104th Cong., 2d Sess. 13 (1996) ("This subsection authorizes the court to preserve the confidentiality of alleged trade secrets during legal proceedings consistent with existing rules of criminal procedure, civil procedure, and evidence, and other applicable laws. The intent of this section is to preserve the confidential nature of the information and, hence, its value."). The adopted measures are reasonable and narrowly tailored in this case. After considering other options, there are no less restrictive alternatives. The Court finds that the restrictions are narrowly tailored to serve the substantial interest of preserving the confidentiality of the trade secret information. Finally, the Court remains prepared to consider any further issues concerning evidence involving the trade secrets in this case that may arise during the course of trial.

**SO ORDERED**, this 29th day of November, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA