UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA,

v.

CRAIG GERMAN,

Defendant.

CASE NO.: 4:20-cr-42

## VERDICT FORM

### COUNT ONE (PERJURY)

We, the Jury, find the Defendant, Craig German,

☐ Not Guilty     ☒ Guilty

of the offense charged in Count One of the Indictment.

### COUNT TWO (FALSE STATEMENTS TO A GOVERNMENT AGENCY)

We, the Jury, find the Defendant, Craig German,

☐ Not Guilty     ☒ Guilty

of the offense charged in Count Two of the Indictment.

So say we all this __2nd__ day of December, 2021.

_____
Foreperson