UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR: 4:20CR42 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| CRAIG GERMAN | ) | |

## ORDER

This matter is before the Court on the Application for Leave of Absence by Steven Lee, counsel for Plaintiff, from March 17, 2022 through March 22, 2022. After careful consideration, said Motion is **GRANTED**.

**SO ORDERED**, this 11th day of March 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA