IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | CASE NUMBER: 4:20-CR00042-1 |
| Craig German, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DEFENDANT'S SENTENCING MEMORANDUM

This criminal matter is before the Court for sentencing. Pursuant to the decision of United States v. Booker, 125 S.Ct. 738 (2005), this Court must decide what sentence is reasonable based upon a consideration of the advisory guideline range as well as the other statutory factors which are set forth in the Sentencing Reform Act Title 18, U.S.C.§ 3553(a).

### The Nature and Circumstance of the Offense

Defendant is charged in Count One with Perjury (18 U.S.C. § 623) and in Count Two with False Statements to a Government Agency (18 U.S.C. §1001 (a)(2)). On June 23, 2020, German appeared before The Honorable Christopher L. Ray, United States Magistrate Judge for his initial appearance and arraignment. German was ordered detained. However, the Defendant was already in custody of the Bureau of Prisons, as he was serving a 70-month sentence in United States District Court in the Southern District of Georgia, Docket Number 113J 4:19CR00069-3. On December 2, 2021, the Defendant was convicted of Counts One and Two of the indictment after a three-day trial presided over by The Honorable R. Stan Baker, United States District Judge, Southern District of Georgia.

### The History and Characteristics of the Defendant

Craig Allen German, aged 61, was born in Honolulu, HI. The Defendant has a twin brother, Gary German, who is retired and lives in Titusville, GA. He also has a sister, Darla

German, aged 56 who resides in Jenks, OK. The Defendant's father was in the United States Navy and as a result, he moved approximately every 2 years during his childhood. The Defendant has been married 4 times and has 2 adult children, ages 33 and 30. The Defendant's current wife of 3 years, Ekaterina Fedorovna German, resides in Greensboro, N.C.. She has a 13-year-old daughter, Elena Novikova, that resides with her. Mr. German is looking forward to reuniting with his wife and stepdaughter as soon as he completes his federal sentence. Mr. German has several health issues and suffers from sleep apnea, kidney stones, rheumatoid arthritis, prostate issues, gout and eye and vision issues. Since being held at the Liberty County Jail, Mr. German's retina was detached and he had to have surgery in an attempt to save his vision. He has also been exposed to COVID and while not officially diagnosed with it, he exhibited most of the symptoms associated with it. Mr. German has had a difficult time with health issues while incarcerated at the Liberty County Jail and he looks forward to returning to the Bureau of Prisons Facility in Butner, N.C.

From the very beginning of the Defendant's prosecution in Case #4:19CR00069-3 and in the prosecution of the instant case, 4:20CR00042-1, he has admitted to taking certain files so that he and 3 other co-defendants could engineer a better system for de-icing airplane wings. He realized that was wrong and called into the Gulfstream Whistleblower Hotline to report these thefts. As a result of that call, an investigation and subsequent prosecution began. Without this phone call, it is very possible that the theft of these trade secrets may never have been discovered.

## The Need for Sentence Imposed

The Defendant has a bachelor's degree and has had a 30-year career as a cost analyst. He has also raised two adult children who are productive members of society and he has a wife and stepdaughter waiting for him when he is released from prison. He is looking forward to rebuilding his life with them as soon as possible. The Defendant is already serving a 70-month

sentence in 4:19CR00069-3 and after 3 drafts of the Pre-Sentence Report, we feel that the sentencing recommendation by the Probation Department is an accurate recommendation based on the applicable Federal Statutes. However, as the Probation Department is asking for the high end of the guideline, we are asking the Court to sentence the Defendant toward the lower end of the guideline range. We feel a sentence of 51 months with the 24- month adjustment pursuant to USSG §5G1.3(b) is more appropriate. We also agree with the Probation's recommendation that Counts One and Two be served concurrent with each other and concurrent with United States District Court for the southern District of Georgia, docket Number 4:19CR00069-3. Also, although we understand the legal arguments made by the Probation Department to justify a 2-point enhancement for obstruction of justice (paragraph 30), we still feel like the Defendant should not be penalized for testifying on his own behalf at trial.

## CONCLUSION

The Defendant respectfully requests that this Court impose a sentence toward the middle or low end of the guideline range and let the Defendant serve all of his sentences concurrently with each other. We are also asking that the Defendant be given credit for time served from the date of his initial arrest on the Perjury Count and the False Statement Count. I have attached for the Court's consideration a letter from the Defendant's wife and brother. I have also included some medical records that give more detail regarding the detached retina and the Defendant's exposure to COVID while at The Liberty County Jail.

Respectfully submitted this 29th day of March, 2022.

BY: s/Stan Fitzgerald
Stan Fitzgerald
Attorney for Defendant
State Bar No. 256425

3609 Abercorn Street
Savannah, GA 31405
Phone/Fax 912-232-5154
stanfitzgerald@wans.net

Dear Judge Baker!

My name is Ekaterina and I am Craig Herman's wife. I'm from Russia. We met him in 2016 and in the process of communication, I realized that Craig is a good person, kind, well-mannered, intelligent and educated, and I fell in love with him. We decided to start a family, and in June 2019 I came to the US with my 11-year-old daughter on a fiancé visa.

But unfortunately, a situation occurred that my daughter and I did not even suspect, and my husband ended up in prison after 8 months.

This was a huge shock for us, given that we did not suspect anything and undoubtedly depended on my husband - he was a great support for us in a country unfamiliar to us, where we were just beginning to adapt.

We had to go through a huge amount of stress as we, with remedial English skills, ignorance of laws and procedures, had to navigate the bureaucratic red tape of American forms, updating paperwork, filing tax returns, selling a house, changing schools for our daughter, and also implementing moving with all things to a new rented house, which at first we did not even hope to find. Naturally, we had to go through this without the help of my husband, as the coronavirus pandemic further affected the situation and he did not get in touch for several months. In fact, I haven't seen him since March 2020. This caused me anxiety and depression among other medical issues as I had to go to work in a heavy manufacturing job where I worked 50-60 hours a week and hardly saw my daughter (which led her to become depressed and alienated)...


Sincerely,
Ekaterina German

The Honorable Raymond Stanley Baker Jr.
Post Office Box 8552
Savannah, GA 31412

03/01/2022

My twin brother Craig and I were adopted by two wonderful 40-year-old folks who were born in the dustbowl days on a farm near Manchester Oklahoma. Poor folks with large families. My dad enlisted as an 18-year-old boy in the Navy and piloted the landing crafts (Higgins Boat) who carried brave Marines into the treacherous beaches of Okinawa, Leyte, and Iwa Jima. My father was one of the first enlisted men to take advantage of the GI Bill after WW2 to get a Civil Engineering degree and rise to the rank Lt. Commander and to receive a college education while in the service. A veteran of WW2, Korea, and Vietnam. His Seabee Battalion of 1000 men was instrumental in building the groundwork in the Florida swamps that would later be known today as Walt Disney World under Admiral Joe Fowler 1969-1971. Another secret for some reason, I would learn at his Funeral is that he was a 33 degree, Free Mason.

Your Honor, my brother has never lied, I don't know him to use curse words. We were raised by loving people. They had our backs, they taught us well. As twins we were competitive. He had the brains, I had to work hard for good grades. I was the athlete he was the scholar.

He retired from HondaJet 8 months before he talked to the Gulfstream Ethics Hotline.

He started his own company, with licensed NANO technology to make faster heating and cost-saving consumer hot water heaters.

**Your honor, if you would like to hear the recorded tape of him on the Gulfstream Aerospace Hotline, here it is, at minute 38, he is granted full anonymity from the lady interviewing him from Gulf Stream Aerospace. I am amazed it was not granted as evidence in his Conspiracy trial.**

https://drive.google.com/open?id=16t7IiZrxMe9Q9pqf1G8SeYrw7DyCHsOS

Your Honor, Craig has not seen "in person" any of his family for over 19 months. He was taken down to Georgia on a writ for purgery committed with HondaJet in North Carolina.

He has lost his eyesight in one eye while incarcerated in Hinesville, Georgia.

I have not seen my twin brother because of him doing the right thing to tell the folks at the Gulfstream Ethics hotline of what APAC was up to because he thought he was doing the right thing. He is now in Jail for multiple years on purgery and conspiracy charges. The funny thing, this recording was never in the courts' hands as evidence.

I hope you can see that I miss my brother and I hope to see him soon.

Kindest regards,

*Gary German*

Gary German



# Southern Retina
### EYE SPECIALISTS

## Informed consent for eye surgery

Patient Name: Craig German

I understand that I have the following diagnosis:

Retinal Detachment left eye

I expressly consent to the performance of the following procedure/procedures:

pars plana vitrectomy, endolaser, buckle, gas left eye

Dr. Harris has explained the above diagnosis and its treatment to my satisfaction, including alternative treatments.

I understand **surgery has been advised to attempt to preserve, restore and or prevent further loss of my vision.**

By signing this consent, I give authorization to perform the procedures described, to: the above stated physician or any physician designated or selected by him, all medical personnel under the direct supervision of such physician and all other personnel who may otherwise be involved in performing such procedures.

I understand no guarantees or promises can be or have been provided concerning surgery, but the potential **benefits of surgery outweigh the risks.** To accomplish the intent of surgery, I understand the risks include but are not limited to: failure to accomplish the intent of surgery, failure to improve the vision, need for additional surgery, cataract, bleeding, inflammation, infection, poorly healing or non-healing surgical site, loss of the eye from any of the above problems, and eyelid droop.

I understand the risks associated with general anesthesia and to a lesser extent local anesthesia include allergic reaction, loss or loss of function of any limb or organ, paralysis, brain damage, stroke, coma, heart attack, and death. Specifically, with local anesthesia there is a risk of damage to the eye or optic nerve by the needle used for injection.

In signing this informed consent for surgery, I am stating: I have read the entire consent (or it has been read to me), I fully understand it, **including the treatments outlined below** that pertain to my specific condition, I have been informed of and understand the alternatives to the recommended procedures and I have been given ample opportunity to ask questions that have been answered to my satisfaction.

I authorize the above physicians to administer such additional treatment or procedures as are considered therapeutically necessary or emergent on the basis of findings and events related to my eye condition or emergency situation. I consent to the administration of such anesthetics as are necessary.

X _[signature]_   11/2/20
Patient signature Or authorized representative- relation to patient   Date

_[signature]_   11/2/20
Witness   Date

1

# HISTORY

**Chief Complaint / Reason for Admission (Onset, Duration, Course):**

Decrease in vision left eye

**Past Medical History:**

gout

**Past Surgical History:**

LASIK

**Family History:**

∅

**Social/Psychosocial:**
Tobacco: ☑ No ☐ Yes    ETOH: ☑ No ☐ Yes
Other:

**Current Medications:** ☑ Refer to Medication Reconciliation    **Allergies:** PCN, amoxicillin

## Physical Examination/Review of Systems

| System | Within Normal Limits |
|---|---|
| Head/Neck/Eyes | ☑ |
| Cardiac (Required) | ☐ |
| Pulmonary (Required) | ☐ |
| Gastrointestinal/Abdomen | ☐ |
| Genitourinary | ☐ |
| Musculoskeletal/Skin | ☐ |
| Neurologic | ☐ |
| Other | ☐ |

**Impression/Admitting Diagnosis(es):**

Retinal Detachment left eye

**Plan:**

pars plana vitrectomy, endo laser, gas, scleral buckle left eye

**Patient Information:**

Graig German

St. Joseph's/Candler
History & Physical
CL40393 (03/14)

## Summary of surgical procedures explained to me by the doctor:

1) PARS PLANA VITRECTOMY - Removal of the vitreous, the jelly-like part of the eye, by inserting very small sucking and cutting instruments into the eye through tiny incisions. The purpose is to remove blood, opacities and scar tissue in the vitreous jelly to try to prevent the formation of future scar tissue and to clear the media (fluids) so that the patient can better see out and doctors can better see in for diagnostic and treatment purposes.

2) PARS PLANA LENSECTOMY - Removal of a cloudy lens or lens fragments through the pars plana by using a small specially designed instruments. The purpose is to remove the cloudy material which blocks the patient's view or prevents access to critical areas of the retina.

3) RETINOPEXY- these techniques are performed to create an adhesion between the retina and the back of the eye in order to hold the retina in place.
   a) Freezing (cryotherapy)
   b) Laser (intense light beam treatment)
   c) Diathermy (radio waves):

4) FLUID-AIR EXCHANGE - this is removal of the fluid from the eye and replacement with air. The purpose is to reduce swelling/edema of the retina or close any holes in the retina and flatten the retina back onto the eye wall while we are waiting for the scars created by the cryopexy, laser, or diathermy to form.

5) GAS-AIR EXCHANGE – we use gases that we exchange for air to keep the retina in place, acting like a cast on a broken arm. The gas will remain in the eye much longer than air (10-14 days with $SF_6$ and 6-8 weeks with $C_3F_8$), thus minimizing the need for multiple air injections after the operation. One <u>cannot fly in an airplane</u> until the gas has left the eye because pressure damage may occur. Face down head positioning is often needed if gas is used.

6) SILICONE OIL - Silicone oil is a very thick clear liquid, which can be helpful in fixing complicated retinal detachments. The oil may be left in the eye for an extended period, but usually requires another surgery to remove it.

7) Removal of Silicone Oil- oil is floated out of the eye and replaced with saline solution, air or gas.

8) Heavier-than-Water Liquids - In special cases, heavy liquids are used during surgery to help reattach the retina. They are only used in the event that retinal reattachment could not be achieved without them and are usually removed from the eye during surgery.

9) Membrane peeling - using small instruments to remove scar tissue or abnormal blood vessels from the retinal surface or from underneath the retina.

10) Scleral buckling -involves the attachment of a special plastic band against the eye or encircling the eye to indent the sclera, the white part of the eye, to assist in bringing the retina closer to the wall of the eye to support the retina and attach it to the eye wall. This may result in a change in the shape of the eye that would need an adjustment of your glasses after the eye heals. It is a permanent implant, but usually cannot be seen or felt. On very rare occasions it may need to be removed later.



**SOUTHERN CORRECTIONAL MEDICINE**

## INMATE MEDICAL SERVICE REQUEST

Inmate Name: Craig German   ID#: 131686   Date: 11-6-20
Allergies: NKA                               Date of Birth: 9-7-60
Race: W     Sex: M     Dorm: M10

- ☒ I wish to be seen by Nurse (Deseo ser visto por la enfermera)
- ☐ I wish to cancel a previous sick call request (Deseo cancelar una solicitud de llamada de enfermedad anterior). Previous request date ___/___/___
- ☐ Information request regarding health information

Please describe problem in detail: I currently have Gout in my right foot and am in need of Ibuprofen (600mg) which is the only cure for me regarding this ailment

How long have you had this problem? 3 days
Inmate/Detainee Signature: Craig German   Date Signed: 11/6/20

You may be charged a copay for medical treatment (Refer to handbook or Inmate Orientation to Healthcare Services).
Forms received will be triaged based on the facility policy.
You must be appropriately dressed to see medical staff.

### STAFF SECTION

Date received: 11/6/20        Staff Signature: Audrey Fedrick jr
Date of assessment: 11/9/20   Staff Signature: Audrey Fedrick jr
Follow up required? YES (NO)   Provider _____
If so, date of follow up appointment _____
Medical Staff Signature: Audrey Fedrick jr   Date: 11/09/20

Inmate Medical Services Request CT 4000-019 REV 06/2020



## Progress Notes

**Name:** German, Craig  **DOB:** 9-7-60  **ID#** 131686
**Allergies:** PCN, Amox, Nuts

| Date/Time | |
|---|---|
| 11-5-20 1455 | I/m arrived via wheelchair from his eye procedure. V/S obtained BP 120/82, P 74, T 96.9, R 18, O2 96%. I/m A+O x3. Resp. even & unlabored. I/m returned to his cell. NAD noted. —— M. Gunn |



**SCM**
SOUTHERN CORRECTIONAL MEDICINE

## INMATE MEDICAL SERVICE REQUEST

Inmate Name: Craig German     ID#: 131686     Date: 10/23/20
Allergies: Pennicillin, Peanuts, Amoxycylin     Date of Birth: 9/7/60
Race: W     Sex: M     Dorm: W39

- I wish to be seen by Nurse (Deseo ser visto por la enfermera)
- I wish to cancel a previous sick call request (Deseo cancelar una solicitud de llamada de enfermedad anterior). Previous request date ___/___/___
- Information request regarding health information

Please describe problem in detail: Because of the blindness in my left eye (as confirmed by the doctor 10/21/20) I am requesting eye drops in order to wetten my dry eye that I cannot see out of. I am also requesting that Liberty County Jail contact Butner FMC for permission to see an optomotrist immediately.

How long have you had this problem? 10/19/20

Inmate/Detainee Signature: Craig German     Date Signed: 10/23/20

You may be charged a copay for medical treatment (Refer to handbook or Inmate Orientation to Healthcare Services).
Forms received will be triaged based on the facility policy.
You must be appropriately dressed to see medical staff.

### STAFF SECTION

Date received: 10-23     Staff Signature: Q
Date of assessment: 10.26.20     Staff Signature: M____
Follow up required? (YES) NO     Provider _____
If so, date of follow up appointment 10.27.2_
Medical Staff Signature: M____     Date: 10/26/20

Inmate Medical Services Request CT 4000-019 REV 06/2020



**PROVIDER EXAM FORM**

Facility: Liberty

Name: German, Craig
ID Number: 126311
DOB: 12-28-60  9-7-60  Race: W  Gender: M
Allergies: PCN, Amox, Nuts

Initial Intake Date: 10-8-20

Vital Signs: B/P 121/84  P 72  R 18  O2 98  T 98  BS (if applicable) ___  WT 218

Current medications: (Note start date for short term medications)
1. Allopurinol 150mg qd
2. Finasteride 2.5mg qd
3. Tizanidine 4h
4.
5.
6.
7.
8.
9.

Currently monitored for W/D? ☐ Yes ☒ No  CIWA _____  COWS _____

Appropriate flow sheets should be available for provider review.

Reason for Visit: C/o blindness in (L) eye & states has floaters in (R) eye

PMH: IDDM NIDDM HTN CAD COPD ASTHMA BIPOLAR SCHIZO DEPRESSION SEIZURE
Other: _____
History of: ETOH ___ Smoking ___ #PPD ___ Drugs ___

Nurse Name: M. Guzman, LP  Signature: M Guz  Date/Time: 10-26-20

Last wk 20/40/40 VA

| ROS | WNL | See Note |
|---|---|---|
| Eyes | | ✓ |
| ENT/Mouth | ✓ | |
| CV | ✓ | |
| Resp | ✓ | |
| GI | ✓ | |
| GU | ✓ | |
| Musc | ✓ | |
| Skin/Breasts | ✓ | |
| Neuro | ✓ | |
| Psych | ✓ | |
| Endo | ✓ | |
| Hem/Lymp | ✓ | |
| Alleg/Immune | ✓ | |

States he is of good health (+) PMH

| Physical Exam | WNL | N/A | See Note | |
|---|---|---|---|---|
| Eyes | | | ✓ | EOMI  VA 20/40 OU  20/40 O.D.  20/40 O.S.  ↓ VF (L) |
| Ears | ✓ | | | |
| Nose | ✓ | | | |
| Mouth/Throat | ✓ | | | |
| Head/Face/Neck | ✓ | | | Thyromegaly |
| Breast | | | | |
| Lungs | ✓ | | | AE=AE Rales Wheezes |
| Cardiovascular | ✓ | | | S1S2 RRR |
| Extremities | ✓ | | | Edema |
| Abdomen | ✓ | | | Soft NT Neg. Rebound/Guarding |
| Musculoskeletal | ✓ | | | |
| Integumentary | ✓ | | | Rashes Lesions |
| Renal/Urinary | ✓ | | | |
| Lymphatic | ✓ | | | Lymph Nodes |
| Endocrine | ✓ | | | |
| Nervous System | ✓ | | | A&O x 3 Reflexes Memory Intact Speech Clear Gait Steady |

HPI: 60 y.o. C/o states ↓ VA from superior aspect 1 wk ago (L) eye - floaters - diplopia (R) phosphenes (L) dull pain + tears (L) eye - halos  (+) Sjögren?  Lt lasik 3yrs ago  Last exam ___  (+) (+) Gout, (+) Glaucoma.

Provider Initials: HC  Page 1 of 2


**Southern Retina** EYE SPECIALISTS                                                                                                      **German, Craig**

Visit Note - November 13, 2020   PMS ID: 105769PAT000004294   Sex: Male   DOB: 09/07/1960   Phone: (912) 391-1417   MRN: MM0000003409

## Medications
**OPHTHALMIC MEDICATIONS**
Pred Forte 1% 1 drops,suspension TID OS
tobramycin 0.3% 1 drops TID OS

**NON OPHTHALMIC MEDICATIONS**
allopurinol ? mg oral - Dose: 1 tablet Frequency: QD
finasteride 5 mg Oral - Dose: 1 tablet Frequency: QD
tizanidine 4 mg Oral - Dose: 1 capsule Frequency: QD

## Ocular History
Posterior vitreous detachment of left eye
Other: Retinal Detachment OS 11/02/2020
Retinal Hole OD

## Ocular Surgery
Laser therapy for retinal lesion - Right eye structure: LASER TO HOLE 11/02/2020
Other: Lasik OU 1995
Tppv/scleral buckle/gas/laser OS- 11/05/2020

## Social History
Reviewed November 2, 2020.
EtOH none
Smoking status - Never smoker

## Allergies
Reviewed November 2, 2020.
Penicillins
amoxicillin

## ROS
Provider reviewed on Nov 13, 2020.

A focused review of systems was performed including Eyes and Musculoskeletal and was notable for loss of vision now.

No Tearing, No Poor Vision, No Current Eye Pain, No Recent Redness, No Jaw Pain, No Scalp Tenderness, No Past Temporary Loss Of Vision, And No Joint Pains.

## Family History
Reviewed November 2, 2020.
Other: None

## Medical History
Reviewed November 2, 2020.
None

## Surgical History
Reviewed November 2, 2020.
None

**Chief Complaint:** F/U Postop Retinal Detachment OS evaluated on November 6, 2020

**HPI:** This is a 60 year old male who is following up for Postop Retinal Detachment OS. He was seen on November 6, 2020, at which time

OS Postop: day 1
I recommended the following postoperative plan OS:
Continue Regimen : Use postoperative medicines as prescribed and position as directed.
Positioning Instructions : Positioning instructions reviewed with the patient including no strenuous activity and no heavy lifting.

The patient presents for post op day 8.

Today the patient reports:
Quality: constant. Timing: constant. Signs and symptoms: blurred vision.

### Eye Exam
**Vision**
Distance Test Type: Snellen Chart   Near Test Type: Snellen

Dsc   OS   HM

**IOP**
OS   28           Meyer, Kim            11/13/2020 11:53 AM EST    Tonopen

**Exam:**
An examination was performed

OS External: eye lid edema and erythema Severe
OS Lid Margin: quiet and normal
OS Conjunctiva: edema of conjunctiva Hyperemia

Slit lamp examination OS:
OS Cornea: clear cornea
OS Anterior Chamber: deep and quiet anterior chamber
OS Iris: normal iris without rubeosis
OS Lens: **2+ nuclear sclerosis**

A dilated exam of the optic disc was performed OS.

Ophthalmoscopic examination of optic disc OS:
OS Optic Disc: flat and normal disc,no pallor or assymetry

A dilated fundus exam was performed OS.

Ophthalmoscopic examination of retina and vessels OS:
OS Vitreous: **good gas fill**
OS Vessels: vessels with normal contour, caliber without neovascularization
OS Macula: macula normal contour without heme, edema, drusen or exudate
OS Periphery: **retinal tear with laser demarcation and well positioned scleral buckle Lasered pathology**

General Appearance of the patient is well nourished.

**Charles Harris (Primary Provider) (Bill Under)**
(912) 353-7900 Work
(912) 353-7906 Fax

Southern Retina
836 E 65th St
34
Savannah, GA 31405-4434

Page 1

 Southern Retina
EYE SPECIALISTS

German, Craig

Visit Note - November 13, 2020 PMS ID: 105769PAT000004294 | Sex: Male | DOB: 09/07/1960 | Phone: (912) 391-1417 | MRN: MM0000003409

Orientation: alert and oriented x 3.

Mood and affect: no acute distress.

### Impression/Plan:

1. **Postop Retinal Detachment OS**
   (Z98.890)

   **Plan: Post Op Evaluation Retinal Detachment.**
   OS Postop: week 1
   I recommended the following postoperative plan OS:
   Other : Stay on drops.

2. **Preseptal Cellulitis OS** (New Dx)
   (L03.213)

   **Plan: Counseling - Preseptal Cellulitis.**
   I counseled the patient regarding the following:
   Eye care: Preseptal cellulitis usually improves with oral antibiotics for a ten day course, along with warm compresses, and drainage of any abscess or localized infection site.
   Expectations: Preseptal cellulitis is an infection of the eyelids and skin around the eye socket, often caused by an adjacent infection of the sinuses, chalazion (stye), insect bite, or skin abrasion. Systemic treatment and close daily observation are important to monitor for lack of response to treatment or progression to a deeper orbital (eye socket) infection.

   After counseling the patient, we decided on the following plan for the left eye: Antibiotics and Observation and to candler ER for ct scan ,IV antibiotics.

**Follow up in 3 days. Other Instructions: Will follow in hospital**

### Staff:

Charles Harris (Primary Provider) (Bill Under)

Electronically Signed By: Charles Harris, 11/13/2020 12:17 PM EST

Charles Harris (Primary Provider) (Bill Under)
(912) 353-7900 Work
(912) 353-7906 Fax

Southern Retina
836 E 65th St
34
Savannah, GA 31405-4434

Page 2

| Date | Note | Staff | Type | Category |
|---|---|---|---|---|
| 2020 5:01 pm | | | | |
| 12-12-2020 9:28 am | I/M alert, verbally responsive, tolerated meds I/M gentamycin eye gtts are completed d/t bottle empty. Voice no c/o pain or discomfort to eye or any other area. Will Continue to monitor | Dixon, Denise | Medical Staff | Medical Note |
| 12-13-2020 10:13 am | I/M alaert, verbally responsive. voiced no c/o pain to eye or any other area. Continues on the prednisone eye gtts. no distress noted. Will continue to monitor. | Dixon, Denise | Medical Staff | Medical Note |
| 12-15-2020 1:07 pm | 0900 no c/o- accepts meds | Taylor, Dana | Medical Staff | Medical Note |
| 12-15-2020 4:58 pm | I/M received medications. No s/s of infection. Afebrile. All safety and comfort measures noted. Will continue to monitor and document per protocol. | Easley, Destinie | Medical Staff | Medical Note |
| 12-16-2020 1:42 pm | I/M alert, verbally responsive no c/o to eye, no swelling noted. Will continue to monitor. | Dixon, Denise | Medical Staff | Medical Note |
| 12-16-2020 4:41 pm | I/M received medications. No s/s of infection. Afebrile. All safety and comfort measures noted. Will continue to monitor and document per protocol. | Easley, Destinie | Medical Staff | Medical Note |
| 12-17-2020 3:26 pm | I/M c/o severe dizziness i.e the room was spinning when he laid down, became very clammy & not feeling well. bs check 119. Also c/o pain behind his left eye which he had surgery on 11/5/20 to repair a detached retina. I/M is scheduled for another follow up appt on the 21st of Dec. Emailed oncall and D. Torres FNP ordered Tylenol 650mg PRN BID X14 days. Will continue to monitor pain. | Easley, Destinie | Medical Staff | Medical Note |
| 12-18-2020 5:59 pm | I/M received medications. No s/s of infection. Afebrile. All safety and comfort measures noted. Will continue to monitor and document per protocol. | Easley, Destinie | Medical Staff | Medical Note |
| 12-21-2020 4:18 pm | I/M received medications. No s/s of infection. Afebrile. All safety and comfort measures noted. Will continue to monitor and document per protocol. | Easley, Destinie | Medical Staff | Medical Note |
| 12-22-2020 5:55 pm | I/M released from Medical housing and is now in the WR bay. Still being monitored is any s/s of infection arises. | Easley, Destinie | Medical Staff | Medical Note |
| 05-20-2021 10:32 am | LE Appt on @ 9am for cataract surgery consult. Appt on 7/30/21 @ 11:15am for Southern Retina Specialist | Craft, Kaleigh | Medical Staff | Medical Note |
| 10-01-2021 12:22 pm | Spoke with GA eye institute regarding f/u appontment. Secretary said if he is to have surgery Liberty Regional will call to set it up. She could not see any documentation regarding surgery. Also no f/u appoinment scheduled at this time | Kildoo, Tiffany | Medical Staff | Medical Note |
| 01-04-2022 3:16 pm | Inmate requested replacement glasses through sick call. Inmate received 1.75 glasses. ( Inmate stated the 1.5 that was requested was not strong enough.) | Breon, Stacey | Medical Staff | Medical Note |
| 01-19-2022 | I/M started on COVID protocol for exposure and c/o not feeling well. Will continue to monitor per protocol. C/O scratchy throat, HA, stuffy nasal cavity, watery eye (bad eye) and trouble breathing | Kildoo, Tiffany | Medical Staff | Medical Note |




| Date/Time | Note | Staff | Role | Type |
|---|---|---|---|---|
| 11:51 am | | | | |
| 01-20-2022 1:15 pm | I/M being monitored r/t covid exposure. c/o productive cough; green sputum, chest congestion, bodyaches, headache. took meds without difficulty. Rhonchi auscultated in all 4 lobes. no distress noted. v/s recorded; see flowsheet. po fluids encouraged by medical staff. on-call provider emailed. will continue to monitor.  | Craft, Kaleigh | Medical Staff | Medical Note |
| 01-21-2022 8:23 am | I/M being monitored r/t COVID exposure. c/o cough, chest congestion, body aches, headache. took meds without difficulty. Lungs clear all 4 lobes. no distress noted. v/s recorded; see flowsheet. PO fluids encouraged by medical staff. on-call provider emailed. will continue to monitor.  | Kildoo, Tiffany | Medical Staff | Medical Note |
| 01-24-2022 7:21 am | Will schedule ear exam as soon as off quarantine to see if needing flusing | Craft, Kaleigh | Medical Staff | Medical Note |
| 01-24-2022 3:40 pm | I/M being monitored r/t covid exposure. c/o non-productive cough, body ache, HA, chest congestion. took meds without difficulty. v/s recorded; see flowsheet. no distress noted. po fluids encouraged by medical staff. will continue to monitor. | Craft, Kaleigh | Medical Staff | Medical Note |
| 01-25-2022 12:08 pm | I/M being monitored r/t covid exposure. c/o non-productive cough, HA. took meds without difficulty. v/s recorded; see flowsheet. no distress noted. po fluids encouraged by medical staff. will continue to monitor. | Craft, Kaleigh | Medical Staff | Medical Note |
| 01-25-2022 11:38 pm | I/M is being monitored due to COVID exposure. I/M c/o non-productive cough and slight headache. I/M took PM meds without any complications. PO fluids encouraged throughout shift. Will continue to monitor. | Hall, Alisha | Medical Staff | Medical Note |
| 01-26-2022 9:58 pm | I/M is being monitored due to COVID exposure. No c/o voiced at this time. No cough or shortness of breath noted. I/M took PM meds without any complications. PO fluids encouraged throughout shift. Will continue to monitor. | Hall, Alisha | Medical Staff | Medical Note |
| 01-27-2022 12:13 pm | I/M being monitored r/t covid exposure. no c/o voiced. took meds without difficulty. no distress noted. v/s recorded; see flowsheet. po fluids encouraged by medical staff. will continue to monitor. | Craft, Kaleigh | Medical Staff | Medical Note |
| 01-27-2022 11:01 pm | I/M is being monitored due to COVID exposure. No c/o voiced at this time. No cough or shortness of breath noted. I/M took PM meds without any complications. PO fluids encouraged throughout shift. Will continue to monitor. | Hall, Alisha | Medical Staff | Medical Note |
| 01-28-2022 3:43 pm | I/M being monitored r/t covid exposure. c/o HA, non-productive. took meds without difficulty. v/s recorded; see flowsheet. no distress noted. po fluids encouraged by medical staff. will continue to monitor. | Craft, Kaleigh | Medical Staff | Medical Note |
| 01-28-2022 10:58 pm | I/M is being monitored due to COVID exposure. No c/o voiced at this time. No cough or shortness of breath noted. I/M took PM meds without any complications. PO fluids encouraged throughout shift. Will continue to monitor. | Hall, Alisha | Medical Staff | Medical Note |
| 02-15-2022 9:29 am | Ear flushed, no cerumen removed. Bilateral ear canals red. Will notify on call | Kildoo, Tiffany | Medical Staff | Medical Note |
| 03-22-2022 11:03 am | Spoke with Yanelle at GA eye care. Will send last Doctor notes regarding I/M's vision and care. Also spoke with Natasha at Southern Retina, will send last Doctor notes regarding I/M's vision and care. | Craft, Kaleigh | Medical Staff | Medical Note |